[Cite as *State v. Broadnax*, 2013-Ohio-3936.]

# IN THE COURT OF APPEALS OF OHIO
## SECOND APPELLATE DISTRICT
### MONTGOMERY   COUNTY

| | | |
|---|---|---|
| STATE OF OHIO | : | |
| | : | Appellate Case Nos.   25699 |
| Plaintiff-Appellee | : | |
| | : | Trial Court Case No. 06-CR-1661/1 |
| v. | : | |
| | : | |
| TRACY S. BROADNAX, JR. | : | (Criminal Appeal from |
| | : |  Common Pleas Court) |
| Defendant-Appellant | : | |
| | : | |

· · · · · · · · · · ·

O P I N I O N

Rendered on the 13th day of September, 2013.

· · · · · · · · · · ·

MATHIAS  H.  HECK,  JR.,  by  CARLEY  J.  INGRAM,  Atty.  Reg.  #0020084,  Montgomery County Prosecutor's Office, Appellate Division, Montgomery County Courts Building, P.O. Box 972, 301 West Third Street, Dayton, Ohio 45422
        Attorney for Plaintiff-Appellee

TRACY S. BROADNAX, JR. #535-458, London Correctional Institution, Post Office Box 69, London, Ohio 43140
        Defendant-Appellant, *pro se*

· · · · · · · · · · · · ·

HALL, J.,

{¶ 1}    Tracy Broadnax appeals pro se from the trial court's denial of his motion to

correct an allegedly void judgment and for resentencing.

{¶ 2} The record reflects that Broadnax was convicted in October 2006 after a no-contest plea to five counts of aggravated robbery and a firearm specification. He received an aggregate thirteen-year prison sentence. On December 31, 2012, Broadnax filed the motion at issue. He argued that his October 2006 termination entry was void because it was not signed. The trial court overruled the motion, finding that the termination entry on file with the Montgomery County Clerk of Courts bears the signature of Judge John W. Kessler.

{¶ 3} On appeal, Broadnax disputes the trial court's finding that the termination entry on file with the clerk's office bears the judge's signature. This argument lacks merit. Having reviewed the record, we note that page two of the original termination entry on file with the clerk's office bears Judge Kessler's handwritten signature. "As long as the trial judge signs the original judgment entry that is filed in the official record of the case, Crim. R. 32(C) is not violated." *State v. Wiley*, 2d Dist. Montgomery No. 25370, 2013-Ohio-2925, ¶12. Accordingly, the assignment of error is overruled.

{¶ 4} The judgment of the Montgomery County Common Pleas Court is affirmed.

. . . . . . . . . . . . .

FAIN, P.J., and DONOVAN, J., concur.


Copies mailed to:

Mathias H. Heck, Jr.
Carley J. Ingram
Tracy S. Broadnax, Jr.
Hon. Mary L. Wiseman